UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Jungsup Kim (JK4776)
Attorney at Law of New Jersey
(551) 587-8803

Attorney(s) for Plaintiffs
Korean American Chamber of Commerce U.S.A., LLC,
Richard Chung Cho

| | |
|---|---|
| **KOREAN AMERICAN CHAMBER OF COMMERCE U.S.A, LLC** a/k/a HANSANG KACCUSA; and **RICHARD CHUNG CHO**<br><br>     Plaintiffs,<br>  v.<br><br>**OVERSEAS KOREAN AGENCY (OKA)**; **KI CHUL LEE** a/k/a Kichul Lee or Gichul Lee, an individual; **KYUNG CHEOL LEE** a/k/a Kyung Chul Lee or Gyung Cheol Lee, an individual; **SANG IL NO** a/k/a Sang Il Noh, an individual; Gi Whan Ha, an individual; **GI HWAN HA**, an individual; **CHAN HO PARK**, an individual; and various John Does, Jane Does and ABC Companies<br>     Defendants. | Civil Action No. : 2:23-cv-04387<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.1**<br>**(Filed Electronically)** |

  Plaintiff Korean American Chamber of Commerce U.S.A., LLC ("KACCUSA"), by and through its attorney, Jungsup Kim, Esq., respectfully submits KACCUSA's corporate disclosure statement, pursuant to Federal Rule of Civil Procedure Rule 7.1, and states as follows:

1. KACCUSA is not a publicly held or traded corporation.

2. No publicly held companies own ten percent (10%) or more of KACCUSA's stock.

Dated:  August 12, 2023        <u>s/Jungsup Kim</u>
Jungsup Kim (JK4776)
92 Saemunan-ro, Jongno-gu, Ste. 1707
Seoul 03186 Republic of Korea

**[New Jersey]**
140 Sylvan Ave., Ste 204
Englewood Cliffs, NJ 07632

(551) 587-8803
kimjungsup.esq@gmail.com

Attorney for Plaintiffs